SEALED MATERIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

AUG 1 2 2011

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

NO. 5:11-MJ-1560

| | |
|---|---|
| IN RE: SEIZURE WARRANT FOR | |
| Accounts in the names of Hortencia Aguirre and Catalina Verduzco Aguirre over which they exercise dominion or control either directly or indirectly, located at Suntrust Bank, specifically, account numbers 1000035341543, 1000096927800, 5161600 and 1000100070043 | ORDER TO SEAL APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT |

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal it is hereby ORDERED that the above-referenced Application and Affidavit for Seizure Warrant, and all attachments, the Motion to Seal, and this Order filed therewith, be sealed by the Clerk except that certified copies be provided to the Office of the United States Attorney and/or the Internal Revenue Service upon request.

This the 12 day of August, 2011.

JAMES E. GATES
United States Magistrate Judge