IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-MJ-1560

IN RE: SEIZURE WARRANT FOR :
:
Accounts in the names of :
Hortencia Aguirre and Catalina :
Verduzco Aguirre, over which :
they exercise dominion or :
control either directly or :
indirectly, located at :
Suntrust Bank, specifically, :
account numbers 1000035341543, :
1000096927800, 5161600 and :
1000100070043 :

**ORDER TO UNSEAL APPLICATION AND AFFIDAVIT FOR
SEIZURE WARRANT**

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant sealed herein be unsealed.

This the 24th day of August, 2011.

James E. Gates
United States Magistrate Judge